**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 00-6790

---

ALANON B. GERMANY,

                                        Petitioner - Appellant,

        versus

W. J. TOWNLEY; RONALD J. ANGELONE,

                                        Respondents - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   James C. Turk, District Judge. (CA-00-158-7)

---

Submitted:  August 30, 2000        Decided:  September 7, 2000

---

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Alanon B. Germany, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alanon B. Germany appeals the district court's order signed May 23, 2000, and entered May 24, 2000 dismissing his petition filed pursuant to 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We dismiss the appeal for lack of jurisdiction.

Germany failed to sign his notice of appeal. The unsigned notice of appeal did not confer jurisdiction on this Court. See Covington v. Allsbrook, 636 F.2d 63, 63-64 (4th Cir. 1980). Moreover, the thirty-day appeal period prescribed by Federal Rules of Appellate Procedure 4(a)(1), and the additional thirty-day period prescribed by Federal Rules of Appellate Procedure 4(a)(5) for seeking an extension of the filing period, have both expired. Accordingly, we deny a certificate of appealability and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

DISMISSED

2